# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2015

151071-2

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ANDREW SHIRVELL,
        Claimant-Appellant,

v

DEPARTMENT OF ATTORNEY GENERAL,
        Employer-Appellee,

and

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
        Appellee.

SC: 151071-2
COA: 314223, 314227
Ingham CC: 12-000344-AE

_____/

On order of the Court, the application for leave to appeal the January 8, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2015



p1215

Clerk